1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRAVIS MICHAEL ORTIZ,                      No.  2:18-cv-0255 AC P

12                 Petitioner,

13        v.                                    ORDER

14   DAVID BAUGHMAN,

15                 Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20   will be provided the opportunity to either submit the appropriate affidavit in support of a request

21   to proceed in forma pauperis or submit the appropriate filing fee.

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed;

26   and

27   /////

28   /////

                                              1

1       2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2 form used by this district.

3 DATED: February 22, 2018

4                                  ALLISON CLAIRE

5                                  UNITED STATES MAGISTRATE JUDGE