UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MICHAEL ORTIZ, | No. 2:18-cv-0255 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| DAVID BAUGHMAN, | |
| Respondent. | |

Following the April 27, 2018 dismissal of this habeas corpus action as successive, petitioner filed a letter challenging the conditions of his confinement. To challenge conditions of confinement under 42 U.S.C. § 1983, including the quality of his medical care, plaintiff must commence a *new* civil rights action by filing a complaint together with an application to proceed in forma pauperis or payment of the filing fee.

Accordingly, the Clerk of Court is HEREBY DIRECTED to send plaintiff, together with a copy of this order, a blank civil rights complaint and a blank application to proceed in forma pauperis used by prisoners in this district. Plaintiff may complete and file these documents to commence a *new* civil rights action. Any further documents filed in the instant habeas case will be ignored.

DATED: May 4, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE