UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MICHAEL ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN,<br><br>Respondent. | No. 2:18-cv-00255 JAM AC P<br><br><br><br>ORDER |

The instant habeas corpus action was closed on April 27, 2018. Since that time, petitioner has filed several documents in this case, notwithstanding the undersigned's May 7, 2018 order again noting the limitations of this case and the options for petitioner to pursue a cognizable habeas or civil rights action. The court now informs petitioner that any further documents filed in this case will be disregarded and no further orders will issue.

DATED: June 15, 2018

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE